AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

BROADBASE VENTURES LTD, et al.
*Plaintiff*
v.
AMERICAN ARBITRATION ASSOCIATION, INC
*Defendant*

Case No. 1:26-cv-09555

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ARENA ENTERTAINMENT LTD. .

Date: 11/2/2026

/s/ Sondra D. Grigsby
*Attorney's signature*

Sondra D. Grigsby, Esq., Bar # SG1937
*Printed name and bar number*

Ifrah Law
1717 Pennsylvania Ave NW
#650
Washington, DC
*Address*

sgrigsby@ifrahlaw.com
*E-mail address*

(202) 524-4147
*Telephone number*

(202) 524-4141
*FAX number*