UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

BROADBASE VENTURES LTD. ET AL.,

Plaintiffs,

-v-

AMERICAN ARBITRATION ASSOCIATION, INC.,

Defendant.

---------------------------------------------------------------------X

26-CV-9555 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- In accordance with ECF No. 27, Plaintiffs shall file an amended complaint properly alleging the citizenship of each party to this action no later than **November 10, 2026**.

- The parties shall file a joint status letter addressing next steps no later than **November 12, 2026**.

- Plaintiffs' motion for a temporary restraining order is DENIED, and the Court reserves judgment on their motion for a preliminary injunction.

SO ORDERED.

Dated: November 6, 2026
New York, New York

JESSE M. FURMAN
United States District Judge